

DIS/BEF: USAO 2016R00559

FILED \_\_\_ ENTERED
\_\_\_ LOGGED \_\_\_ RECEIVED

AUG 3 0 2016

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC16cr437 |
| | * | |
| ANATOLY FEDOROVSKY, | * | (Bribery, 18 U.S.C. §§ 201(b)(1)(A) |
| | * | and (C); Aiding and Abetting, 18 |
| Defendant | * | U.S.C. § 2; Forfeiture, 18 U.S.C. |
| | * | § 981, 28 U.S.C. § 2461) |
| | * | |

*******

## INFORMATION

### COUNT ONE
### (Bribery)

The United States Attorney for the District of Maryland charges that:

#### Introduction

At all times relevant to this Information:

1. Defendant **ANATOLY FEDOROVSKY ("FEDOROVSKY")** was the chief executive officer and sole employee of Corporation One (a company that dealt in, among other things, software protection, licensing, and security) and a naturalized United States citizen of Ukrainian origin.

2. The Department of Energy ("DOE") was a department of the executive branch of the United States government responsible for, among other things, developing policies and awarding contracts for the effective use of national resources, as well as ensuring safety in the handling of nuclear materials.

3. Cooperating Witness One ("CW-1") was a public official working for the DOE who, at the direction of the Federal Bureau of Investigation ("FBI"), agreed to introduce **FEDOROVSKY** to an undercover law enforcement officer posing as a DOE Contract Specialist ("UCE-1").

### The Bribery Scheme

4. Between in or about July 2015, and in or about December 2015, **FEDOROVSKY** entered into negotiations with CW-1 in the hope that CW-1 would identify a DOE contract that would be suitable for **FEDOROVSKY** and Corporation One.

5. Between in or about July 2015, and in or about October 2015, **FEDOROVSKY** and Individual A discussed with CW-1 at least one contract suitable for Corporation One, and CW-1 also introduced **FEDOROVSKY** to UCE-1.

6. On or about September 9, 2015, **FEDOROVSKY** met with CW-1 and UCE-1 in Gaithersburg, Maryland, and was provided with information regarding what **FEDOROVSKY** believed was an available DOE contract for computer services ("the DOE contract").

7. On or about October 13, 2015, **FEDOROVSKY** e-mailed UCE-1 (at UCE-1's personal e-mail account) a draft bid for the DOE contract in the amount of $774,000. Shortly thereafter, **FEDOROVSKY** e-mailed UCE-1 at UCE-1's official DOE e-mail address with an official bid for the DOE contract in the amount of $1,025,000.

8. On or about October 28, 2015, **FEDOROVSKY** met UCE-1 at a restaurant in Gaithersburg, Maryland, and discussed the possibility of paying a bribe to UCE-1 in connection with the awarding of the DOE contract.

## The Charge

9. On or about November 17, 2015, in the District of Maryland and elsewhere, the defendant,

**ANATOLY FEDOROVSKY,**

did, directly and indirectly, corruptly give, offer, and promise a thing of value to CW-1, a public official, with intent to influence an official act, and induce such public official to do and omit to do any act in violation of the lawful duty of such official, to wit: **FEDOROVSKY** did pay and cause to be paid to UCE-1, whom **FEDEROVSKY** believed to be a DOE employee, $7,000 in United States currency, to induce UCE-1 to assist **FEDOROVSKY** and Corporation One in obtaining a contract with the DOE, in violation of the lawful duty of UCE-1.

18 U.S.C. § 201(b)(1)(A) and (C)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

Date: August ___, 2016

3